# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD PIERCE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01842-LJO-SMS PC<br><br>ORDER DENYING MOTION FOR SERVICE AS PREMATURE<br><br>(Doc. 12) |

Plaintiff John Bagent ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2007, plaintiff filed a motion seeking service of his amended complaint by the United States Marshal.

Plaintiff is referred to paragraph twelve of the First Informational Order, filed February 2, 2007. (Doc. 5.) The Marshal will be directed to serve the amended complaint only after it has been screened and found to state cognizable claims for relief. (Id.) Because the Court controls the timing of service, plaintiff need not be concerned about the one-hundred twenty day time limit in Federal Rule of Civil Procedure 4(m). Good cause exists for an extension of this deadline and this action will not be dismissed on the ground that it was not served within one-hundred twenty days.

Based on the foregoing, plaintiff's motion is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   November 5, 2007**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1