# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PIERCE, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-01842-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 9) |

　　　　Plaintiff John Bagent ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 20, 2006. The court has reviewed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and finds that service of the amended complaint on defendants Mimms, Johnson, and Transcor America, LLC is appropriate. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, 1965 (2007); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Jones v. Blanas, 393 F.3d 918, 932-33 (9th Cir. 2004). Accordingly, it is HEREBY ORDERED that:

　　1.　Service is appropriate for the following defendants:

　　　　　　MARGARET MIMMS, SHERIFF

　　　　　　LT. GARY JOHNSON

　　　　　　TRANSCOR AMERICA, LLC

　　2.　The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a

copy of the amended complaint filed May 15, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed amended complaint filed May 15, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the initiation of service pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**     **February 29, 2008**                 /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE