# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD PIERCE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01842-LJO-SMS PC<br><br>ORDER VACATING HEARING SET FOR JULY 10, 2008, AT 8:30 A.M. AND REFERRING DEFENDANTS TO LOCAL RULE 78-230(M) FOR BRIEFING SCHEDULE IN THIS ACTION |

　　　　Plaintiff John Bagent ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2008, Defendants Mims and Johnson ("Defendants") filed a motion to dismiss and set it for hearing before the undersigned on July 10, 2008, at 8:30 a.m.

　　　　Pursuant to the First Informational Order, filed on February 2, 2007, all pretrial motions will be submitted without a hearing and Local Rule 78-230(m) shall control the briefing schedule on motions. (Doc. 6, ¶9.)

　　　　Accordingly, the hearing set for July 10, 2008, at 8:30 a.m. is VACATED, and Defendants are referred to Local Rule 78-230(m) for the briefing schedule applicable to this action.

IT IS SO ORDERED.

**Dated:   June 10, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE