UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>RICHARD PIERCE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:06-cv-01842-LJO-SMS (PC)<br><br>ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #26)<br><br>SIXTY DAY DEADLINE |

On June 19, 2008, plaintiff filed a motion to extend time to file opposition to motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order in which to file opposition to motion to dismiss.

IT IS SO ORDERED.

**Dated:   June 24, 2008**　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE