IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT, | 1:06-cv-01842-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTION |
| vs. | |
| RICHARD PIERCE, et al., | (Doc. 35) |
| Defendants. | THIRTY-DAY DEADLINE |

On December 19, 2008, Plaintiff filed a motion seeking a sixty-day extension of time to file objections to the findings and recommendations filed on December 8, 2008, and to prepare an amended complaint.

Plaintiff will be granted only thirty days. Plaintiff is <u>not</u> to submit an amended complaint in response to the findings and recommendations because the district court has not issued an order directing him to amend. Further, because the recommendation is for Defendants' motion to dismiss and for a more definite statement to be denied, the Court can discern no need for Plaintiff to conduct legal research to object on issues that have been decided at this stage in Plaintiff's favor. To the extent that Plaintiff disagrees that he has not stated a procedural due process claim, an issue addressed by the Court pursuant to its screening authority, the recommendation was that Plaintiff be granted leave to amend. While Plaintiff

///

1 | may be heard on the findings and recommendations, for these reasons, thirty days is sufficient
2 | to prepare whatever limited objection Plaintiff might have.
3 |      Plaintiff's motion is HEREBY GRANTED, and Plaintiff has **thirty (30) days** from the
4 | date of service of this order to file his objection.  No further extensions of time will be granted
5 | absent a showing of exceptional circumstances.
6 |
7 | IT IS SO ORDERED.
8 | **Dated:   December 23, 2008**          /s/ **Sandra M. Snyder**
        UNITED STATES MAGISTRATE JUDGE