# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAGENT,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD PIERCE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01842-LJO-SMS PC<br><br>ORDER DIRECTING DEFENDANT TRANSCOR AMERICA, LLC TO FILE NOTICE AS TO WHICH MEMORANDUM OF POINTS AND AUTHORITIES THEY INTEND TO RELY ON AS SUPPORT FOR THEIR PENDING DISPOSITIVE MOTIONS<br><br>(Docs. 68 and 69)<br><br>TEN (10) DAY RESPONSIVE DEADLINE |

      Plaintiff John Bagent ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On March 19, 2010, Defendant Transcor America, LLC filed a Notice of Motion and Motion for Judgment on the Pleadings Pursuant to Rule 12(c) & (H) of the Federal Rules of Civil Procedure Or, in the Alternative, for Summary Judgment/summary Adjudication Pursuant to Rule 56 of the Federal Rules of Civil Procedure. (Doc. 61.) Among the documents filed in support thereof are two twenty (20) page memorandums of points and authorities which appear at a very cursory glance to be exceedingly similar. (Docs. 68 and 69.)

      Accordingly, within ten (10) days of the service of this order, Defendant Transcor America, LLC is HEREBY ORDERED to file a notice with the court advising which of the two

///

//

memorandums of points and authorities (Doc. 68 or 69) they intend to rely on and wish the Court to review in support of their pending dispositive motion(s) and which of the two memorandums of points and authorities should be stricken from the record.

IT IS SO ORDERED.

**Dated:**    **June 24, 2010**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE